**From:** KCassidy@clarku.edu <KCassidy@clarku.edu>
**Sent:** Friday, March 29, 2019 5:25:53 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** University Conduct Board- Outcome Notification

March 29, 2019

▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Clark University
Worcester, MA 01610

Dear ▓▓▓▓▓▓▓▓▓▓▓▓

I am writing to inform you of the decision of the University Conduct Board with regard to the hearing held on March 29, 2019 regarding the letter that you received on February 28, 2019. This letter serves as a written confirmation of the decision made by the University Administrative Conduct Board.

At your hearing, the Hearing Board considered your responsibility in violating the following provisions of the Code of Student Conduct as outlined in the Student Handbook:

Non-compliance with University Official - Students are required to comply with reasonable directives or requests from members of the University student staff or University Officials acting in the performance of their duties. Non-compliance also includes all acts of dishonesty, including but not limited to, personal misrepresentation, and knowingly furnishing false information to the University.

In making its decision, the board considered all relevant materials, including any and all incident reports, your statements, or other materials as applicable.

As a result of the information presented to the board, answers to the questions asked by the board, as well as the statements provide by yourself, the board has found you responsible for violating the **Non-Compliance with a University Official** provision(s).

After careful review of the records and statements regarding the refusal to complete the sanctions assigned to you from a previous conduct incident, the following additional sanctions have been imposed:

1. Reflection Paper
Complete by: Friday, March 29, 2019
You are required to write a paper reflecting on your what your values are and how these came to be your values. This paper must be no less than 750 words in length (typed, double-spaced) and must be submitted by email to Kate Cassidy (kcassidy@clarku.edu) by no later than April 26, 2019 at 5PM.

This paper should address the following questions/issues:
A. Reflect on your values system: What experiences have shaped your values? Provide specific examples. What purpose do those values serve in your life?
B. How do these values play out in your day-to-day life?
C. How do you know that people recognize what your values are? How do people see your values as an extension of you as a person?
E. What is the most important thing you have learned from this experience in regards to your values system?

Be advised that this paper may not serve to justify your own actions or evaluate the actions of others. The paper should utilize appropriate language, grammar, and spelling.

2. Hold on Student Account

A hold will be placed on your student account until such a time that all outstanding sanctions from the Findings Letter received on November 21, 2018 have been completed. Please note that a hold on your student account will prohibit you from signing up for classes.

3. Outstanding Sanction Completion

Additionally, you will be required to complete the first assignment of your educational sanction as determined and written by the Title IX and Assistant Dean of Wellness Education, Lynn Levey, in the Findings Letter you received on November 21, 2018. **Your new deadline for that educational sanction is 5PM on April 12, 2019.**

You are permitted to file an appeal based on new evidence or a breach of process to Francy Magee, Dean of Students. That appeal must be filed within three (3) business days from March 29, 2019, by 5PM. More information regarding appeals can be found in the Student Handbook.

███████ thank you for having an honest and open conversation with the board. I do hope that this experience has been a learning experience, and that you will reflect on these actions moving forward in order to make better decisions. Please note that further violations of Clark University policies may result in loss of housing, removal of privileges, or separation from the University.

Please do not hesitate to reach out with any questions you may have.


Best,


Kate Cassidy
Director of Campus Life for Residential Life & Housing
KCassidy@clarku.edu
508-793-7453