UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK UNIVERSITY, DAVID P. ANGEL, PH.D, NADJA JOHNSON, PH.D., LYNN S. LEVEY, ADAM J. KEYES. HOLLY DOLAN, EVETTE WALTERS, JEFFREY MCMASTER, CHERILYN BONIN, AND JANE SMITH, AND DAVIS BAIRD, PROVOST.<br><br>    Defendants. | C.A. NO.: 4:19-CV-40050-TSH |

## **NOTICE OF MANUAL FILING**

The Defendant, Jane Smith, gives notice of the manual filing under the seal on this date of her memorandum of Law in Opposition of Plaintiff's Motion to Compel production of certain medical records of Defendant Jane Smith and the service of the same upon counsel by electronic mail.

Respectfully submitted,

The Defendant,
**JANE SMITH,**
By her Attorneys,

*/s/ Margaret J. Pastuszak*
Alexandra R. Power, BBO: #646877
Margaret J. Pastuszak, BBO: #673942
Hamel, Marcin, Dunn, Reardon & Shea, P.C.
350 Lincoln Street, Suite 1101
Hingham, MA 02043
Telephone: (617) 482-0007
Facsimile: (781) 385-7988
apower@hmdrslaw.com

Date: April 20, 2021   mpastuszak@hmdrslaw.com

## **CERTIFICATE OF SERVICE**

I, Margaret J. Pastuszak, hereby certify that on this day, I forwarded notice to all counsel of record of the foregoing document(s) by electronically mailing, a copy thereof to the following:

Hector E. Pineiro, Esq.
Robert A. Scott, Esq.
Law Office of Hector E. Pineiro, PC
807 Main Street
Worcester, MA 01610
hector@pineirolegal.com
robin@pineirolegal.com
*Attorneys for the Plaintiff*

Jeffrey Nolan, Esq.
Andrew E. Silvia, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Jeffrey.Nolan@hklaw.com
Andrew.Silvia@hklaw.com
*Attorneys for Clark University, et al.*

                                             */s/ Margaret J. Pastuszak*
                                             Margaret J. Pastuszak

Dated: April 20, 2021