UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 4:19-cv-40050-TSH

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| CLARK UNIVERSITY, DAVID P. ANGEL, Ph.D., NADJA JOHNSON, Ph.D., LYNN S. LEVEY, ADAM J. KEYES, HOLLY DOLAN, EVETTE WALTERS, JEFFREY McMASTER, CHERILYN BONIN, JANE SMITH, and DAVIS BAIRD, PROVOST. | ) |
| | ) |
|     Defendants | ) |

## STIPULATION OF PARTIAL DISMISSAL

NOW COME Plaintiff and Defendants, and pursuant to Fed. Rule Civ. P 41(a)(1)(ii), and hereby stipulate that the above-entitled action be dismissed with respect to all claims against the Defendant Jane Smith only, with prejudice, without costs, and waiving all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| The Defendant, JANE SMITH<br>By her attorneys, | The Plaintiff, JOHN DOE<br>By his attorneys, |
| /s/ *Alexandra R. Power*<br>Alexandra R. Power, BBO: #676085<br>Hamel, Marcin, Dunn, Reardon & Shea, P.C.<br>350 Lincoln Street, Suite 1101<br>Hingham, MA 02043<br>Telephone: (617) 482-0007<br>Facsimile: (617) 451-7866<br>apower@hmdrslaw.com | /s/ *Robert A. Scott*<br>Hector E. Pineiro, BBO: #555315<br>Robert A. Scott, BBO: #648740<br>Law Office of Hector E. Pineiro, PC<br>807 Main Street<br>Worcester, MA 01610<br>T: (508) 770-0600<br>F: (508) 770-1300<br>robin@pineirolegal.com |

The Defendant, CLARK UNIVERSITY
 By its attorneys,

*Andrew E. Silvia*
Jeffrey J. Nolan, BBO: #625091
Andrew E. Silvia, BBO #681922
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
Jeffrey.nolan@hklaw.com
Andrew.silvia@hklaw.com

DATED: January 6, 2022