UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Doe,
           Plaintiff,

v.

Clark University, et al.,
           Defendants,

CIVIL ACTION

NO. 19-40050-TSH

## JUDGMENT

HILLMAN, D. J.

In accordance with the Court's Order dated 8/22/22, granting defendant's motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the __Defendant__

By the Court,

__8/22/22__             __/s/ Martin Castles__
Date             Deputy Clerk